MIRIAM GOLDSTEIN et al., Respondents, v. ABE FELDMAN et al., Appellants.— Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

In the Matter of FRANCES SATIN et al., Appellants, v. BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK, Respondent, and 968 OCEAN PARKWAY REALTY CORPORATION et al., Intervenors-Respondents.—

Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

(A) ARTHUR O. LIPINSKI, Respondent, v. FLORENCE HOFFECKER et al., Appellants. (B) GRACE G. SPERY, Respondent, v. JOSEPH C. SPERY, Appellant.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

PURITAN PETROLEUM PRODUCTS, INC., Respondent, v. INLAND BROKERAGE CORPORATION et al., Appellants.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DENNIS DUNCAN, Appellant.—

Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICHOLAS MITCHELL, Appellant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RAFAEL NEGRON, Relator, v. WARDEN OF RAYMOND STREET JAIL, Respondent.—

Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

In the Matter of the WESTCHESTER COUNTY BAR ASSOCIATION, Petitioner. THOMAS F. VIRCIGLIO, an Attorney, Respondent.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.